IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BOARD OF TRUSTEES, SHEET METAL WORKERS' NATIONAL PENSION FUND, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FRANK TORRONE & SONS, INC. )<br>doing business as )<br>Torrone Signs )<br>)<br>Defendant. ) | 1:19-cv-165 (LMB/IDD) |

## ORDER

On July 22, 2019, a magistrate judge issued a Report and Recommendation ("Report"), in which he recommended that a default judgment in the total amount of $704,759.74, consisting of $555,519.98 in delinquent payments; $34,042.52 in accrued interest; $111,103.99 in liquidated damages; $3,145.00 in attorney's fees; and $948.25 in costs be recovered by the plaintiff. The Report placed the parties on notice that any objections had to be filed within fourteen (14) days of receipt of the Report and that failure to file timely objections waived appellate review of any judgment based on the Report. As of August 13, 2019, no objections have been filed.

A review of the Report, case file, and plaintiff's Motion for Default Judgment with its attachments, accurately states the relevant facts and law. Therefore, the findings and conclusions of the Report are adopted as the Court's findings and conclusions. On this basis plaintiff's Motion for Default Judgment [Dkt. No. 6] is GRANTED, and it is hereby

ORDERED that the plaintiff's proposed Judgment and Order will be entered.

The Clerk is directed to enter judgment in the plaintiff's favor pursuant to Fed. R. Civ. P. 55 and forward copies of this Order, along with the Judgment and Order to counsel of record for plaintiff and to defendant at the address listed in the case file.

Entered this 14th day of August, 2019.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge